UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NIKKI KELLEY, | ) | Case No. 5:20-cv-00412-SL |
| | ) | |
| Plaintiff, | ) | Judge Sara Lioi |
| | ) | |
| vs. | ) | **PLAINTIFF'S PREMLIMINARY ESTIMATE** |
| | ) | **OF ATTORNEYS' FEES AND EXPENSES** |
| PUB GROUP 3 MANAGEMENT, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

The following is a preliminary estimate of Plaintiff, Nikki Kelley's anticipated attorneys' fees and expenses:

| | **Attorneys' Fees** | **Expenses** |
|---|---|---|
| Preliminary Investigation and Filing Complaint | $ 1,757.50 | $ 400.00 |
| Procedural Motion Practice | $ 5,000.00 | $ 1,000.00 |
| Discovery | $15,000.00 | $ 1,000.00 |
| Depositions | $15,000.00 | $10,000.00 |
| Dispositive Motion Practice | $20,000.00 | $ 200.00 |
| Settlement Negotiations | $ 3,000.00 | N/A |
| Experts | $ 2,000.00 | $ 5,000.00 |
| Witness Fees | N/A | $ 500.00 |
| Trial | $75,000.00 | $ 5,000.00 |
| **TOTAL** | **$136,757.50** | **$23,100.00** |

Respectfully submitted,

*/s/ Matthew S. Grimsley*
Matthew S. Grimsley (0092942)
*mgrimsley@groedel-law.com*
Caryn M. Groedel (0060131)
*cgroedel@groedel-law.com*
CARYN GROEDEL & ASSOCIATES CO., LPA
31340 Solon Road, Suite 27
Cleveland, OH  44139
Phone:  (440) 544-1122
Fax:     (440) 996-0064
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of June 2020, the forgoing was sent by email to:  Ralph Dublikar, Esq. (*dublikar@bakerfirm.com*) and Andrea Ziarko, Esq. (*andreaz@bakerfirm.com*), Baker, Dublikar, Beck, Wiley & Matthews, 400 South Main Street, North Canton, Ohio 44720, counsel for Defendants.

*/s/Matthew S. Grimsley*
One of Plaintiff's Attorneys

2